James HENDERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69468.

Missouri Court of Appeals,
Western District.

April 7, 2009.

Ruth Sanders, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jayne T. Woods, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., HAROLD L. LOWENSTEIN, J., and THOMAS H. NEWTON, C.J.

### ORDER

PER CURIAM:

Mr. James Henderson appeals the motion court's judgment after an evidentiary denying his Rule 29.15 motion for postconviction relief.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and JAMES E. WELSH, JJ.